IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 18-17305 |
| | ) | |
| Parthenon Metal Works, LLC, | ) | Chapter 7 Case |
| | ) | |
| Debtor. | ) | Judge Arthur I. Harris |

CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 8th day of January, 2019, he did serve, by Federal Express, Priority Overnight Delivery, copies of the Motion to Transfer Venue, Motion for Expedited Hearing on Motion to Transfer Venue and Order Granting Motion for Expedited Hearing addressed as follows:

Parthenon Metal Works, LLC
c/o C T Corporation System, Statutory Agent
800 S. Gay Street
Suite 600
Knoxville, TN 37929

with a tracking number of 7741 3570 6337.

Respectfully submitted,

*/s/ David O. Simon*
David O. Simon, Chapter 7 Trustee
55 Public Square, Suite 2100
Cleveland, OH 44113-1902
(216) 621-6201; Fax: (888) 467-4181
david@simonlpa.com