| Case No.: | 19-00389 | | | Trustee Name: | John C. McLemore |
|---|---|---|---|---|---|
| Case Name: | PARTHENON METAL WORKS, LLC | | | Date Filed (f) or Converted (c): | 12/10/2018 (f) |
| For the Period Ending: | 09/30/2021 | | | §341(a) Meeting Date: | 02/20/2019 |
| | | | | Claims Bar Date: | 07/13/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Bank of America Checking 2271 | $47,379.63 | $0.00 | OA | $0.00 | FA |
| 2 | Bank of America Checking 2276 | $0.00 | $0.00 | OA | $81,819.83 | FA |
| 3 | Bank of America Checking (factoring) 2290 | $0.00 | $0.00 | OA | $0.00 | FA |
| 4 | Bank of America Checking 4128 | $1,256.12 | $0.00 | OA | $0.00 | FA |
| 5 | Accounts Receivables - 90 days old or less | $1,611,548.95 | $0.00 | OA | $0.00 | FA |
| 6 | Accounts Receivable - Over 60 days old | $210,044.42 | $0.00 | OA | $0.00 | FA |
| 7 | WIP - Unfinished tubing product | $40,000.00 | $0.00 | OA | $0.00 | FA |
| 8 | Software & Related Equipment | $105,901.38 | $0.00 | OA | $0.00 | FA |
| 9 | Leased Trucks & Trailers | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Wells Fargo Vendor Order for Relief 3-29-19<br>Wells Fargo Equipment Finance Order for Relief 4-2-19 | | | | | |
| 10 | Tooling and Other Machinery | $368,148.08 | $0.00 | OA | $0.00 | FA |
| 11 | Leased Building - 5018 Murfreesboro Rd, La Vergne, TN 37086 | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Leased Building - 1106 Davidson Street, Nashville, TN 37213 | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Trade Names | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Customer Relationships | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Preferential transfer - Bowling Green Metalforming, LLC | $66,740.00 | $34,000.00 | | $34,000.00 | FA |
| 16 | Preferential transfer - Industrial Chemicals Corporation | $25,985.91 | $9,700.00 | | $9,700.00 | FA |
| 17 | Preferential transfer - Insight Global, LLC | $19,980.00 | $15,000.00 | | $15,000.00 | FA |
| 18 | Preferential transfer - Roll Machining Technologies & Solutions, Inc. | $26,803.00 | $2,500.00 | | $2,500.00 | FA |
| 19 | Preferential transfer - Wells Fargo Equipment Finance, Inc. | $13,054.94 | $7,069.88 | | $7,069.88 | FA |
| 20 | Preferential transfer - Wood Personnel Services, Inc. | $11,313.66 | $1,500.00 | | $1,250.00 | FA |
| 21 | Preferential transfer - U.S. Pallet Supply, Inc. | $29,761.80 | $22,321.35 | | $22,321.35 | FA |
| 22 | Preferential transfer - John Bouchard & Sons Co. | $18,714.54 | $10,000.00 | | $10,000.00 | FA |
| 23 | Preferential transfer - Top Seal Inc. | $38,274.84 | $10,000.00 | | $10,000.00 | FA |

| Case No.: | 19-00389 | | | Trustee Name: | John C. McLemore |
|---|---|---|---|---|---|
| Case Name: | PARTHENON METAL WORKS, LLC | | | Date Filed (f) or Converted (c): | 12/10/2018 (f) |
| For the Period Ending: | 09/30/2021 | | | §341(a) Meeting Date: | 02/20/2019 |
| | | | | Claims Bar Date: | 07/13/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24 | Preferential transfer - Saws International, Inc. | $51,078.09 | $15,000.00 | | $15,000.00 | FA |
| 25 | Preferential transfer - Lewisburg Industrial & Welding, Inc. (Adv. Proc. No. 3:20-ap-90058) | $16,424.08 | $8,821.67 | | $8,821.67 | FA |
| 26 | Preferential transfer - Vero Business Capital - RA Welch & Sons Trucking (Adv. Proc. No. 3:20-ap-90068) | $41,041.25 | $20,000.00 | | $20,000.00 | FA |
| 27 | Preferential transfer - MSC Industrial Supply Co. (Adv. Proc. No. 3:20-ap-90061) | $39,838.49 | $14,000.00 | | $14,000.00 | FA |
| 28 | Preferential transfer - WEX, Inc. (Adv. Proc. No. 3:20-ap-90055) | $37,336.23 | $2,000.00 | | $2,000.00 | FA |
| 29 | Preferential transfer - D&E Holdings, LLC dba Stratus of Nashville (Adv. Proc. No. 3:20-ap-90066) | $22,185.00 | $5,000.00 | | $5,000.00 | FA |
| 30 | Preferential transfer - Nucor Steel Decatur, Inc. (Adv. Proc. No. 3:20-ap-90062) | $79,678.76 | $55,775.13 | | $55,775.13 | FA |
| 31 | Preferential transfer - O'Neal Steel, LLC (Adv. Proc. No. 3:20-ap-90063) | $25,958.26 | $2,500.00 | | $2,500.00 | FA |
| 32 | Preferential transfer - Solvis, Inc. (Adv. Proc. No. 3:20-ap-90065) | $18,740.00 | $5,000.00 | | $5,000.00 | FA |
| 33 | Preferential transfer - GIC Integrated Solutions, LLC (Adv. Proc. No. 3:20-ap-90056) | $87,091.53 | $10,000.00 | | $10,000.00 | FA |
| 34 | Preferential transfer - Ike Transportation (Adv. Proc. No. 3:20-ap-90057) | $27,430.31 | $5,000.00 | | $5,000.00 | FA |
| 35 | Preferential transfer - Titan Transfer (Adv. Proc. No. 3:20-ap-90067) | $15,334.41 | $5,000.00 | | $5,000.00 | FA |
| 36 | Preferential transfer - M&W Transportation Co., Inc. (Adv. Proc. No. 3:20-ap-90059) | $65,220.54 | $10,000.00 | | $10,000.00 | FA |
| 37 | Preferential transfer - QBE Holdings, Inc. (Adv. Proc. No. 3:20-ap-90064) | $33,614.66 | $33,614.66 | | $2,500.00 | FA |
| 38 | Preferential transfer - Atlantic Pacific Express, Inc. (Adv. Proc. No. 3:20-ap-90054) | $61,332.00 | $61,332.00 | | $0.00 | FA |
| Asset Notes: | Entry of Default Judgment 7/24/2020. Company is out of business. Not collectible. | | | | | |
| 39 | Preferential transfer - Motion Industries, Inc., Inc. (Adv. Proc. No. 3:20-ap-90060) | $57,659.67 | $15,000.00 | | $15,000.00 | FA |
| 40 | BCBS Refund for Terminated Medical Plan (u) | $0.00 | $92,390.26 | | $92,390.26 | FA |

| Case No.: | 19-00389 | | | | Trustee Name: | John C. McLemore |
| Case Name: | PARTHENON METAL WORKS, LLC | | | | Date Filed (f) or Converted (c): | 12/10/2018 (f) |
| For the Period Ending: | 09/30/2021 | | | | §341(a) Meeting Date: | 02/20/2019 |
| | | | | | Claims Bar Date: | 07/13/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**TOTALS (Excluding unknown value)** — **Gross Value of Remaining Asset**

| | $3,314,870.55 | $472,524.95 | | $461,648.12 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

| Date | Activity |
|---|---|
| 10/25/2021 | MOTION OF WILMINGTON TRUST ALLOWING TURNOVER OF FUNDS PENDING. SEE ASSET #2. |
| 10/13/2021 | Motion of Wilmington Trust Allowing Turnover of Funds filed seeking $81,819.83. |
| 08/11/2021 | Email from Emily Taube at Burr & Forman re: Motion for Turnover re: BOA funds. |
| 06/30/2021 | Filed Objection to Claim #22 filed by Dun & Bradstreet. |
| 06/24/2021 | Phillip Young file fee app for Thompson Burton. |
| 05/03/2021 | Email about Dun & Bradstreet claim for $6,000.00 sent to Tony Fanning |
| 04/28/2021 | Email to Eric Shaffer at Bank of America |
| 04/21/2021 | PC from: Eric N. Shaffer Senior Vice President, Sr. Relationship Manager, Global Commercial Banking, Bank of America |
| 04/21/2021 | Email to Eric Shaffer at Bank of America asking for the turnover of the $82,000 |
| 03/25/2021 | Email to counsel for Dun & Bradstreet regarding Claim #22 -- Ronald Rowland. |
| 02/23/2021 | Received BCBS Check. |
| 01/29/2021 | PC with Caleeta Beagles at Blue Cross/Blue Shield this morning. This was followed by the email below attached to which were two documents, a final accounting and a Settlement Agreement. Both docs are saved a .pdf files. They want to discontinue business and send us $92,390.26. Sent docs to Phillip Young for review |
| 01/29/2021 | Signed Settlement Agreement sent by email to Kim_Blevins@BCBST.com We await $92,390.26 from Blue Cross/Blue Shield of Tennessee |
| 12/14/2020 | Mt to Pay Admin Expense ($10,069.18) and Destroy Records filed. |
| 12/10/2020 | Phillip Young's email to VCR Companies, Inc. the records storage facility. |
| 11/17/2020 | Received update on preferences from Phillip Young. |
| 10/29/2020 | CONTINUE TO HOLD CASE OPEN TO COLLECT PREFERENCE SETTLEMENTS. ALSO ONE LAST ADVERSARY PENDING - MOTION INDUSTRIES, INC. |
| 10/07/2020 | Phillip Young filed Fee App for Mediator Paul Jennings. |
| 09/25/2020 | Phillip Young filed fee app for Thompson Burton. |
| 09/15/2020 | Mediations held today on 3 remaining adversaries. |
| 07/02/2020 | Email from Phillip about Platinum Rapid Funding judgment |
| 05/18/2020 | PT for Adv. Proc. set for 7/22/2020 at 1:15 p.m. |

| Case No.: | 19-00389 | | | | Trustee Name: | John C. McLemore |
|---|---|---|---|---|---|---|
| Case Name: | PARTHENON METAL WORKS, LLC | | | | Date Filed (f) or Converted (c): | 12/10/2018 (f) |
| For the Period Ending: | 09/30/2021 | | | | §341(a) Meeting Date: | 02/20/2019 |
| | | | | | Claims Bar Date: | 07/13/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Date | Description |
|---|---|
| 05/08/2020 | Phillip Young filed preferential transfer lawsuits. |
| | Vero Business Capital, LLC $41,041.25 |
| | Titan Transfer, Inc. $15,334.41 |
| | D&E Holdings, LLC $22,185.00 |
| | Solvis Automation, Inc. $18,740.00 |
| | QBE Holdings, Inc. $33,614.66 |
| | O'Neal Steel, LLC $25,958.26 |
| | Nucor Steel Decatur, Inc. $79,678.76 |
| | MSC Industrial Supply Co. (MASS)., Inc. $39,838.49 |
| | Motion Industries of Georgia, Inc. $57,659.67 |
| | M&W Transportation Co., Inc. $65,220.54 |
| | Lewisburg Industrial & Welding, Inc. $16,424.08 |
| | IKE Transportation, Inc. $27,430.31 |
| | GIC Integrated Solutions, LLC $87,091.53 |
| | WEX, Inc. $37,336.23 |
| | Atlantic Pacific Express, Inc. $61,332.00 |
| 04/27/2020 | Received John Bouchard & Sons Co. preferential transfer check. |
| 04/20/2020 | Received US Pallett Supply preferential transfer check. |
| 04/13/2020 | New claims bar date is 7/13/2020. |
| 04/03/2020 | Phillip Young updated the mailing matrix with the Bankruptcy Court based on the completed schedules filed. Time to file Amended Notice of Assets. |
| 03/26/2020 | Phillip Young's preference evaluation letter--go to .pdf file |
| 01/30/2020 | Received $9,700 from Industrial Chemicals, Inc. |
| 01/21/2020 | Received $2,500 from Rolling Machining and $34,000 from Bowling Green Metalforming. |
| 12/06/2019 | Email to MS Dept. of Revenue re: case. |
| 10/31/2019 | CONTINUE TO COLLECT POTENTIAL PREFERENCES. |
| 10/08/2019 | Payments made to creditors within 90 days listed on pages 43-55 of the petition were reviewed for potential preferences. The Trustee will only list those in which he settles. |
| 09/25/2019 | Claims bar date is 12/24/19. |
| 05/17/2019 | Wilmington Trust, National Association sought and was awarded an order for relief from stay May 17, 2019 having proved to the Court that a credit line of $90,000,000.00 had been made to the Debtor secured by "All Assets of the Debtor whether now owned or hereinafter acquired or arising wherever located." The UCC-1s recorded in several states were taxed for collateral valued at $10,000,000.00. All property of the estate is encumbered by this loan and security agreement. |
| 04/30/2019 | Richard Abby signs schedules as Debtor representative. Phillip Young filed schedules. |
| 03/27/2019 | Barbara Rose represents Wells Fargo. WF is leasing two utility vehicles 4001 & 4002 and two Freighliner tractors 4710 & 4711 to Parthenon. She has moved for relief Docket #65 Told her to /s/ me on Order for Relief |
| 02/28/2019 | Mt to Compel to Designate Representative of Debtor filed. |
| 02/18/2019 | The former Controller of Parthenon |
| 01/30/2019 | Charlie Cook represents Crown Automotive. It leased a compressor to Parthenon--see decoir WORD and pdf file |

SUBTOTALS $0.00 $0.00

| Case No.: | 19-00389 | | | Trustee Name: | John C. McLemore |
| Case Name: | PARTHENON METAL WORKS, LLC | | | Date Filed (f) or Converted (c): | 12/10/2018 (f) |
| For the Period Ending: | 09/30/2021 | | | §341(a) Meeting Date: | 02/20/2019 |
| | | | | Claims Bar Date: | 07/13/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

01/28/2019   Motion to Appt Thompson Burton to represent Trustee was filed.

**Initial Projected Date Of Final Report (TFR):**   11/30/2020   **Current Projected Date Of Final Report (TFR):**   04/15/2022   /s/ JOHN C. MCLEMORE

JOHN C. MCLEMORE

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | | |
|---|---|---|
| **Case No.** 19-00389 | **Trustee Name:** | John C. McLemore |
| **Case Name:** PARTHENON METAL WORKS, LLC | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** **-***8241 | **Checking Acct #:** | ******0187 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 10/01/2020 | **Blanket bond (per case limit):** | $720,000.00 |
| **For Period Ending:** 09/30/2021 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/20/2019 | (17) | Insight Global, LLC | Settlement Payment per 10-23-19 Order (Dkt. No. 102) | 1141-000 | $15,000.00 | | $15,000.00 |
| 11/20/2019 | (19) | Wells Fargo Equipment Finance | Settlement Payment per 10-23-19 Order (Dkt. No. 102) | 1141-000 | $7,069.88 | | $22,069.88 |
| 11/20/2019 | (20) | Wood Personnel Services | Settlement Payment per 10-23-19 Order (Dkt. No. 102) | 1141-000 | $1,250.00 | | $23,319.88 |
| 11/21/2019 | 3001 | Thompson Burton PLLC | Atty Fee & Exp per 10/23/19 Order | * | | $17,982.75 | $5,337.13 |
| | | | Thompson Burton, PLLC - Attorney Fee ($17,634.50) | 3210-000 | | | $5,337.13 |
| | | | Thompson Burton PLLC - Attorney Expense ($348.25) | 3220-000 | | | $5,337.13 |
| 01/21/2020 | (15) | Bowling Green Metalforming LLC | Settlement Payment per 10-23-19 Order (Dkt. No. 102) | 1141-000 | $34,000.00 | | $39,337.13 |
| 01/21/2020 | (18) | Roll Machining Technologies & Solutions | Settlement Payment per 10-23-19 Order (Dkt. No. 102) | 1141-000 | $2,500.00 | | $41,837.13 |
| 01/30/2020 | (16) | Industrial Chemicals, Inc. | Settlement Payment per 10-23-19 Order (Dkt. No. 102) | 1141-000 | $9,700.00 | | $51,537.13 |
| 02/10/2020 | 3002 | International Sureties, Ltd | Blanket Bond #016026373 | 2300-000 | | $3.69 | $51,533.44 |
| 04/20/2020 | (21) | U.S. Pallett Supply, Inc. | Settlement Payment per 06-11-2020 Order (Dkt. No. 130) | 1141-000 | $22,321.35 | | $73,854.79 |
| 04/27/2020 | (22) | John Bouchard & Sons Co. | Settlement Payment per 06-11-2020 Order (Dkt. No. 130) | 1141-000 | $10,000.00 | | $83,854.79 |
| 05/11/2020 | (23) | Top Seal Inc. | Settlement Payment per 06-11-2020 Order (Dkt. No. 130) | 1141-000 | $10,000.00 | | $93,854.79 |
| 06/01/2020 | (26) | RA Welch & Sons Trucking | Settlement Payment per 06-19-2020 Order (Dkt. No. 134) | 1141-000 | $20,000.00 | | $113,854.79 |
| 06/23/2020 | (24) | Kinkelderusa South | Settlement Payment per 6-10-2020 Order (Dkt. No. 130) | 1141-000 | $15,000.00 | | $128,854.79 |
| 06/23/2020 | (25) | Lewisburg Industrial & Welding | Settlement Payment per 06-19-2020 Order (Dkt. No. 135) | 1141-000 | $8,821.67 | | $137,676.46 |
| 07/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $2,409.33 | $135,267.13 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | ($2,409.33) | $137,676.46 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $198.03 | $137,478.43 |
| 08/10/2020 | (27) | MSC Industrial | Settlement Payment per 8-7-2020 Order (Dkt. No. 146) | 1141-000 | $14,000.00 | | $151,478.43 |
| | | | | SUBTOTALS | $169,662.90 | $18,184.47 | |

| Case No. | 19-00389 | Trustee Name: | John C. McLemore |
|---|---|---|---|
| Case Name: | PARTHENON METAL WORKS, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8241 | Checking Acct #: | ******0187 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2020 | Blanket bond (per case limit): | $720,000.00 |
| For Period Ending: | 09/30/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/17/2020 | (28) | WEX, Inc. | Settlement Payment per 8-7-2020 Order (Dkt. No. 147) | 1141-000 | $2,000.00 | | $153,478.43 |
| 08/26/2020 | (29) | Stratus of Nashville | Settlement Payment per 8-15-2020 Order (Dkt. No. 151) | 1141-000 | $5,000.00 | | $158,478.43 |
| 08/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $223.20 | $158,255.23 |
| 09/15/2020 | 3003 | U.S. Bankruptcy Court Clerk | 15 Adversary Filing Fees | 2700-000 | | $5,250.00 | $153,005.23 |
| 09/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $225.36 | $152,779.87 |
| 10/05/2020 | (30) | Nucor Steel Decatur, LLC | Settlement Payment per 9-23-2020 Order (Dkt. No. 171) | 1141-000 | $55,775.13 | | $208,555.00 |
| 10/05/2020 | (31) | O'Neal Steel, LLC | Settlement Payment per 9-23-2020 Order (Dkt. No. 172) | 1141-000 | $2,500.00 | | $211,055.00 |
| 10/06/2020 | (32) | SolVIS, INC. | Settlement Payment per 09-23-2020 Order (Dkt. No. 170) | 1141-000 | $5,000.00 | | $216,055.00 |
| 10/13/2020 | (33) | Global Industrial Components, Inc. | Settlement Payment per 9-28-2020 Order (Dkt. No. 177) | 1141-000 | $10,000.00 | | $226,055.00 |
| 10/20/2020 | 3004 | Thompson Burton PLLC | Atty Fee & Exp per 10/19/2020 Order | * | | $24,922.00 | $201,133.00 |
| | | | Thompson Burton PLLC - Attorney Fee ($24,055.50) | 3210-000 | | | $201,133.00 |
| | | | Thompson Burton PLLC - Attorney Expenses ($866.50) | 3220-000 | | | $201,133.00 |
| 10/22/2020 | (34) | IKE Transportation, Inc. | Settlement Payment per 10-16-2020 Order (Dkt. No. 185) | 1141-000 | $5,000.00 | | $206,133.00 |
| 10/30/2020 | (36) | M & W Transportation | Settlement Payment per 10-16-2020 Order (Dkt. No. 184) | 1141-000 | $10,000.00 | | $216,133.00 |
| 10/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $314.29 | $215,818.71 |
| 11/02/2020 | 3005 | BASS BERRY & SIMS PLC | Mediator Fee per 11-2-2020 Order (Dkt. No. 198) | 3721-000 | | $3,645.00 | $212,173.71 |
| 11/09/2020 | (35) | Titan Transfer, Inc. | Settlement Payment per 10-16-2020 Order (Dkt. No. 186) | 1141-000 | $5,000.00 | | $217,173.71 |
| 11/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $311.36 | $216,862.35 |
| 12/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $322.34 | $216,540.01 |
| | | | | SUBTOTALS | $100,275.13 | $35,213.55 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| | |
|---|---|
| Case No. | 19-00389 |
| Case Name: | PARTHENON METAL WORKS, LLC |
| Primary Taxpayer ID #: | **-***8241 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/01/2020 |
| For Period Ending: | 09/30/2021 |

| | |
|---|---|
| Trustee Name: | John C. McLemore |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0187 |
| Account Title: | |
| Blanket bond (per case limit): | $720,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/11/2021 | 3006 | Vital Records Control | Order to Dispose of Books and Records entered 1/6/2021 (Dkt. No. 210) | 2990-000 | | $10,069.18 | $206,470.83 |
| 01/25/2021 | (39) | Genuine Parts Company | Settlement Payment per 12-14-2020 Order (Dkt. No. 206) | 1141-000 | $15,000.00 | | $221,470.83 |
| 01/27/2021 | 3007 | International Sureties, Ltd | Bond Payment | 2300-000 | | $164.20 | $221,306.63 |
| 01/29/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $321.10 | $220,985.53 |
| 02/23/2021 | (40) | BCBS of TN | Refund for terminated medical plan | 1290-000 | $92,309.26 | | $313,294.79 |
| 02/24/2021 | (40) | BCBS of TN | Posted wrong amount in original deposit on 2/23/2021 | 1290-000 | $81.00 | | $313,375.79 |
| 02/26/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $323.25 | $313,052.54 |
| 03/08/2021 | (37) | Sweet Magnolia Tours, Inc. | Settlement Payment per 1-14-2021 Order (Dkt. No. 213) - Payment sent to Trustee Eva Lemeh by mistake. | 1141-000 | $2,500.00 | | $315,552.54 |
| 03/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $468.19 | $315,084.35 |
| 04/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $453.21 | $314,631.14 |
| 05/24/2021 | (2) | Bank of America | Turnover of Closed Account 8670612276 | 1129-000 | $81,819.83 | | $396,450.97 |
| 05/28/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $501.21 | $395,949.76 |
| 06/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $569.53 | $395,380.23 |
| 07/20/2021 | 3008 | Thompson Burton PLLC | Atty Fees & Exp per 7/19/2021 Order (Dkt. No. 221) | * | | $6,144.95 | $389,235.28 |
| | | | Thompson Burton PLLC - Fees ($5,355.00) | 3210-000 | | | $389,235.28 |
| | | | Thompson Burton PLLC - Expenses ($789.95) | 3220-000 | | | $389,235.28 |
| 07/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $586.26 | $388,649.02 |
| 08/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $577.68 | $388,071.34 |
| 09/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $558.20 | $387,513.14 |
| | | | | SUBTOTALS | $191,710.09 | $20,736.96 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| | |
|---|---|
| Case No. | 19-00389 |
| Case Name: | PARTHENON METAL WORKS, LLC |
| Primary Taxpayer ID #: | **-***8241 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/01/2020 |
| For Period Ending: | 09/30/2021 |

| | |
|---|---|
| Trustee Name: | John C. McLemore |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0187 |
| Account Title: | |
| Blanket bond (per case limit): | $720,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $461,648.12 | $74,134.98 | $387,513.14 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $461,648.12 | $74,134.98 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $461,648.12 | $74,134.98 | |

**For the period of 10/01/2020 to 09/30/2021**

| | |
|---|---|
| Total Compensable Receipts: | $284,985.22 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $284,985.22 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $50,251.95 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $50,251.95 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/25/2019 to 9/30/2021**

| | |
|---|---|
| Total Compensable Receipts: | $461,648.12 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $461,648.12 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $74,134.98 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $74,134.98 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5

| | |   | | |
|---|---|---|---|---|
| Case No. | 19-00389 | | Trustee Name: | John C. McLemore |
| Case Name: | PARTHENON METAL WORKS, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8241 | | Checking Acct #: | ******0187 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2020 | | Blanket bond (per case limit): | $720,000.00 |
| For Period Ending: | 09/30/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $461,648.12 | $74,134.98 | $387,513.14 |

| For the period of 10/01/2020 to 09/30/2021 | | For the entire history of the account between 09/25/2019 to 9/30/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $284,985.22 | Total Compensable Receipts: | $461,648.12 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $284,985.22 | Total Comp/Non Comp Receipts: | $461,648.12 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $50,251.95 | Total Compensable Disbursements: | $74,134.98 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $50,251.95 | Total Comp/Non Comp Disbursements: | $74,134.98 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOHN C. MCLEMORE

JOHN C. MCLEMORE